STATE of Missouri, Plaintiff/Respondent,

v.

Montez WOODS, Defendant/Appellant.

No. 64371.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 17, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 15, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Charles M. Shaw, James Jay Knappenberger, Joseph Howlett, Shaw, Howlett & Knappenberger, Clayton, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before SIMON, P.J., and SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his convictions for murder in the second degree, kidnapping, and two counts of armed criminal action. No error of law appears and the jury verdict is supported by the evidence. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement setting forth our reasons for affirmance.

Judgment affirmed. Rule 30.25(b).